IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN MEIER, MICHAEL RAY TURNER, BENITO MIGUEL CURIEL, CRAIG CARNELL PICKENS, and SHANNON TURNER IVORY,<br><br>              Plaintiffs,<br><br>vs.<br><br>LONG, cpl, Individual and Official capacity; BECKY, Ms., Account/Funds Handler, Individual and Official capacity; UNKNOWN, cpl, Shield Number 97092, Individual and Official capacity; UNKNOWN, sgt, Individual and Official capacity; UNKNOWN, cpl, Shield Number 97051, Individual and Official capacity; UNKNOWN SHERIFF, Sheriff, Individual and Official capacity; BRANDON, Head United States Marshal, Individual and Official capacity; JON, Shield Number 52, Individual and Official capacity; UNKNOWN, Nurse, Individual and Official capacity; UNKNOWN, Doctor, Individual and Official capacity; and UNKNOWN, Capt, Individual and Official capacity;<br><br>              Defendants. | 8:24CV389<br><br>MEMORANDUM AND ORDER |

        This matter is before the Court on its own motion. On October 28, 2024, the Clerk of the Court received a letter from Plaintiff Jonathan Meier's mother indicating Plaintiff Jonathan Meier ("Meier") has been or is in the process of being transferred from Greene County Jail in Springfield, Missouri, where he is currently confined. See Filing No. 38.

        Meier has an obligation to keep the Court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). As such, while the Court

appreciates knowing about Meier's pending/potential institutional transfer, family members are not parties to this action and cannot act on Meier's behalf. As such, Meier must apprise the Court on his own of any address changes as this case cannot be prosecuted in this Court if his whereabouts are unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff Meier must update his address on or before **December 2, 2024**. Failure to do so will result in Plaintiff Meier's dismissal from this action without further notice to Plaintiff Meier.

2. The Clerk of the Court is directed to send a copy of this Memorandum and Order to Plaintiff Meier at the address the Court has on file and at the following address: Greene County Jail, 1000 N. Boonville Ave., Springfield, MO 65802. The Clerk of the Court is further directed to serve notice of this Memorandum and Order to co-Plaintiffs Michael Ray Turner, Benito Miguel Curiel, Craig Carnell Pickens, and Shannon Turner Ivory.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **December 2, 2024**: check for address.

Dated this 1st day of November, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court