IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN MEIER,<br><br>              Plaintiff,<br><br>    vs.<br><br>LONG, cpl, Individual capacity;  BECKY, Ms., Account/Funds Handler, Individual capacity;  UNKNOWN, cpl, Shield Number 97092, Individual capacity;  UNKNOWN, sgt, Individual capacity;  UNKNOWN, cpl, Shield Number 97051, Individual capacity;  UNKNOWN SHERIFF, Sheriff, Individual capacity;  BRANDON, Head United States Marshal, Individual capacity;  JON, Shield Number 52, Individual capacity;  UNKNOWN, Nurse, Individual capacity;  UNKNOWN, Doctor, Individual capacity;  UNKNOWN, Capt, Individual capacity;  MARQUEZ, cpl, Individual capacity;  JM, Unknown, 52, Individual capacity;  JF, Unknown, 58, Individual capacity;  HOUGH, Sgt, Individual capacity;  UNKNOWN, Kitchen Staff, Individual capacity; and UNKNOWN, Sgt, 97053, Individual capacity;<br><br>              Defendants. | **8:24CV389**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on a motion filed by Plaintiff seeking to extend the deadline to file an amended complaint by 90 days. Filing No. 75.  In support Plaintiff contends that additional time is needed because he has recently been re-incarcerated and therefore was unaware of the prior deadline to amend his complaint until very recently and because he is awaiting copies of his prior filings from the Clerk's Office which he needs before he can prepare an amended complaint. *Id.*

Upon consideration,

**IT IS ORDERED** that:

1.  Plaintiff's Motion, Filing No. 75, is granted in part.  Plaintiff shall have 60 days to file his amended complaint.

2.  The Clerk's Office is directed to terminate the previous pro se case management deadline of "June 29, 2026: "check for second amended complaint," and to set the following pro se case management deadline: **September 8, 2026**: check for check for second amended complaint.

3.  Plaintiff is notified that if he needs additional time to file his second amended complaint he must request an extension by written motion no later than the September 8, 2026, deadline indicating both why he seeks additional time and how long of an extension he requires.

Dated this 7th day of July, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2